**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SHEFFIELD WOODS AT WELLINGTON
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.                                              CASE NO: 8:08-cv-9-T-26TGW

ORKIN, INC., and SCOTT MORRIS,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Scott Morris' Unopposed Motion to Vacate Default and Default Judgment (Dkt. 17) is granted. The default and default final judgment entered by the state court prior to removal to this Court are vacated.

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record